# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **Denice Annette Stebbins,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 12-0593 -CV-W-JTM** |
| | ) | |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For 42 U.S.C. §406(b) Fees,* filed October 15, 2014 [Doc. 26].   After due consideration of the issues presented, and finding the requested fee of $17,020.00 reasonable based upon the work performed in this case as documented in Plaintiff's filings, *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002), it is

ORDERED that plaintiff's *Motion For 42 U.S.C. §406(b) Fees,* filed October 15, 2014 [Doc. 26] is **GRANTED**.   Accordingly, plaintiff's counsel is awarded fees pursuant 42 U.S.C. §406(b) in the amount of $ 17, 020.00, which were withheld by the Commissioner from the total past due benefits awarded to plaintiff, and shall refund to plaintiff the earlier EAJA fee award of $7,000.00.


  */s/ John T. Maughmer*  
**John T. Maughmer**
**United States Magistrate Judge**